707 Pleasant Valley Drive No. 15
Little Rock, AR 72227
501-258-6912
donald.johnson@eagle.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2018 ★
LONG ISLAND OFFICE

RECEIVED
JUL 13 2018
EDNY PRO SE OFFICE

Honorable J. Bianco & Magistrate Locke
United States District Court
100 Federal Plaza
Central Islip, New York 11722

July 10, 2018
Re: # CV-175253 (JFB)(SIL)
Kramer v Dane, et al

Dear Honorable J. Bianco and Magistrate Locke:

Leagle, Inc. (Leagle) is responding to Plaintiff's letter to you of June 18, 2018 (copy attached) requesting a default judgement by resubmitting the original initial documents (File 59).

Leagle, Inc. did not respond earlier because it believed the Plaintiffs' two attempts to serve the Complaint on Leagle lacked essential elements necessary to establish the basis for general jurisdiction in a New York Court. The first attempt was by registered mail to our office in Little Rock, Arkansas and the second attempt to our agent for service of process in Delaware, both outside the state of New York.

Leagle, a Delaware corporation, and has never registered to do business in the state of New York and has never appointed a local agent for service of process. It has never maintained a place of business or owned property in New York, has never employed any person within New York, and has never derived revenue from New York; certainly, falling far short of the "essentially at home test" limiting the circumstances in which New York Courts may exercise general jurisdiction over a foreign corporation.

Content carried on our site is public information and is acquired from courts in all states and federal jurisdictions. The entirety of this information (over five million decisions) constitutes a set of documents held in the public domain, which collectively form an appellate record. We maintain this set of documents to serve the public in matters of legal research.

The decision in question (Kramer v Kramer, 2015 NY Slip Op 51142(U)) was downloaded directly from the New York State Law Reporting Bureau website soon after it was published on or about July 17, 2015. Leagle downloads approximately one thousand decisions a day and the download of this decision was made in the normal course of our business; no special treatment, collusion, intervention or deviation in our standard procedures. To our knowledge, the case has remained on the Bureau's website continuously since that time and can be accessed at
http://www.nycourts.gov/reporter/3dseries/201 2015_51142.htm

Plaintiffs' Request for Certificate of Default filed April 16, 2018 (enclosed as an attachment to Plaintiff's letter to you of June 18, 2018 above) contends, in part, that Leagle defamed Plaintiff and Children, published false statements defaming minors based on hearsay. These contentions are untrue; Leagle provided information exactly as released by the Court to ensure the utility of this public domain resource. We do not manipulate the public domain resource.

Based upon the above, Leagle objects to the action of Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, in noting the default of defendant LEAGLE, INC. pursuit to Rule 55(a) of the Federal Rules of Civil Procedure on May 17, 2018 (enclosed as an attachment to Plaintiff's letter to you of June 18, 2018 above). No basis for establishing general jurisdiction supporting the consideration of the Plaintiffs' Request for Certificate of Default was given. We do not believe any such support exists and request that the Clerk's notation of default be withdrawn and that Leagle be dismissed as a defendant in the case based upon lack of general jurisdiction.

Dated: Little Rock, Arkansas
       July 10, 2018

                                    LEAGLE, INC.
                                    DONALD L. JOHNSON
                                    CHIEF OPERATING OFFICER

                           By: _____
                                DONALD L. JOHNSON

*Temmi Kramer*
*1261 Central Ave #517*
*Far Rockaway, NY 11691*
*(516) 314-9895, Temmikramer12@gmail.com*

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y.**

★ JUN 21 2018 ★

LONG ISLAND OFFICE

Honorable J. Bianco & Magistrate Locke
United States District Court
100 Federal Plaza
Central Islip, New York 11722

June 18, 2018
Re: # CV- 17 5253 (JFB)(SIL)
Kramer v Dane, et al.

Dear Honorable J. Bianco and Magistrate Locke,

Plaintiff's received the court certificate for default judgment against Leagle Inc. At this time, Plaintiffs are resubmitting the initial documents (File #51) along with a motion as the request was filed prematurely before receiving the certificate of default.

Plaintiffs request that [a] default judgment with sum certain be granted for each Plaintiff against defendant Leagle Inc. and [b] a court injunction be granted restraining Leagle Inc. from further publishing the Kramer decisions. The financial damages are irreversible. Plaintiffs intentionally are defamed, with false allegations in a sealed matrimonial action. Plaintiffs employment and academic opportunities have been restricted based upon this ongoing defamation.

Your attention to this matter is appreciated,

Temmi Kramer

*Temmi*

**RECEIVED**
JUN 21 2018
**EDNY PRO SE OFFICE**

CC:
LORI L. PACK
Attorney for the State of New York, Hon Edmund Dane

Linda Mejias, Hon. Leonard Steinman, Hon. Lawrence Marks,
and Governor Andrew Cuomo
300 Motor Parkway Suite 205
Hauppauge, NY 11788

BRIAN DAVIS ESQ.
Law Office of Brian Davis
Attorneys for the Defendant Brian Davis and Lori Schlessinger
400 Garden City Plaza Suite 450
Garden City, NY 11530

L'abbate Balkan, Colavita, & Contini
Attorney for John Zenir ESQ.
1001 Franklin Ave
Garden City, NY 11530

NANCY SHERMAN ESQ.
1010 Northern Blvd. Suite 208
Great Neck, NY 11021

LEAGLE INC/LEAGLE.COM
707 Pleasant Valley Drive Unit 15
Little Rock, AR 72227

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TEMMI KRAMER,

                Plaintiffs,                      **CLERK'S CERTIFICATE**
                                                         **OF DEFAULT**
- against -                                          CV 17-5253 (JFB)(SIL)

EDMUND DANE, et al.,

                Defendants.
-------------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendant LEAGLE, INC., has not filed an answer or otherwise moved with respect to the amended complaint, and that the time to answer or move has expired.

       The default of defendant LEAGLE, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: Central Islip, New York
       May 17, 2018

                                                 DOUGLAS C. PALMER
                                                 CLERK OF THE COURT

                                  BY:    /S/ JAMES J. TORITTO
                                                 DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------X

Temmi Kramer, K Kramer, Z. Kramer, J Krameras minors by custodial prnt Temmi Kramer RK as infant requesty representation
Plaintiff(s),

**MOTION FOR DEFAULT JUDGMENT**

~~(7-cv-##-c)~~
17cv-05253

-against-

Edmund Deney, Ezell,
Defendant(s).

-----------------------------------X

Plaintiff ~~Temmi Kramer~~ T. kramer, 2k K. Kramer, 2 Kramer hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant(s) Leagle, Inc / Leagle.com on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint.

Dated: April 16, 2018

_____
(Signature)

TEMMI KRAMER
Print Name of Plaintiff Pro Se

1261 Central Ave
Address
Apt. 517 Far Rockaway, NY 11691

TO: (Put Name and Address of
Each Defendant(s) or Defense Attorney)
Leagle Inc / leagle.com
707 Pleasant Valley Drive
Unit 15
Little Rock, AR 72227

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
Temmi Kramer, K. Kramer, Z. Kramer, J. Kramer, RK
as minors by custodial parent, Temmi Kramer,
RK as infant requesting representation

**AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Plaintiff(s)

-against-  17 CV- 05253

Edmund Dane, Et al
                    Defendant(s).

-----------------------------------------X

Temmi Kramer hereby declares as follows:

1. I am the plaintiff in this action.
2. This action was commenced pursuant to __55 (q)__.
3. The time for defendant(s), __Leagle, Inc. / Leagle.com__ to answer or otherwise move with respect to the complaint herein has expired.
4. Defendant(s), __Leagle, Inc. / Leagle.com__, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) __1/17/2018__ to answer or otherwise move has not been extended.
5. That defendant(s) __Leagle Inc. / Leagle.com__ default has been noted by the Clerk of Court. A copy of the Certificate is attached hereto.
6. Defendant(s) __Leagle Inc. / Leagle.com__ is indebted to plaintiffs _____, in the following manner (state the facts in support of the claim(s)):

defamation of Plaintiff and children using minor real names from sealed matrimonial action, resulting in financial harm, academic hardship, loss of employment opportunities, severe and unreparable

damage Financially, socially, academically. Defendant Published false statements defaming minors based on hearsay from a sealed case, as it is confidential intent to protect. Also Published Matrimonial decision on internet that went viral for world to see, causing irreversable harm + damage. Plaintiffs request sanctions, court injunction restraining Defendant from further publishing and removal of publications, Forbidding Future publications that have caused sever harm and damage strategically conspired by defendant.

WHEREFORE, plaintiff _Temmi Kramer and others_ (Minors) requests that a default judgment be entered in favor of plaintiff _Temmi Kramer, R.Kramer_ and against defendant(s) _Leagle Inc. / Leagle.com_  Z.Kramer, J.Kramer, RK,

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, that no part thereof has been paid, and that the disbursements sought to be taxed have been made in this action or will necessarily be made or included in this action.

Dated: April 16, 2018

By: _/s/ Te..._ (Signature)

_Temmi Kramer_ (Print name)

_1261 Central Ave_ (Address)

_Apt 517_

_Far Rockaway N.Y 11691_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Temmi Kramer, & K. Kramer, Z Kramer, J Kramer, as minor by custodial parent Temmi Kramer RK as infant requesting representation

Plaintiff(s),

**AFFIRMATION OF SERVICE**

-against-

Edmund Done Et al.

17-cv-05253 ( X )

Defendant(s).

-----------------------------------------------------X

I, Ellen Laifer, declare under penalty of perjury that I have served a copy of the attached Affirmation in support of motion for default judgment upon Leagle, Inc (Leagle.com) by mailing it to Leagle Inc. / Leagle.com whose address is: 707 Pleasant Valley Drive Little Rock AR 72227

Dated: April 16, 2018
Central Islip, New York

Signature: Ellen Laifer

Address: 623 Central Ave

City, State & Zip Code: Cedarhurst NY 11516

Legal
To:
Unit 15
Little Rock, AR 72227

Honorable J. Bianco, Magistrate
United States District Court
100 Federal Plaza
Central Islip, New York 11722

GO Razorbacks
Central AR PDDC 722
TUE 10 JUL 2018 PM

LONG ISLAND OFFICE
JUL 13 2018
RECEIVED